In the United States Bankruptcy Court
for the Middle District of Pennsylvania

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Anthony Falcone and Deborah Ruth Falcone aka Deborah R. Falcone aka Deborah Falcone, | : : : | Case No. 5:24-bk-02251-MJC Chapter 13 |
| | : | |
| Debtor | : | |

## OBJECTIONS OF HEMLOCK FARMS COMMUNITY ASSOCIATION TO DEBTORS' SECOND AMENDED CHAPTER 13 PLAN

The Objections of Creditor, Hemlock Farms Community Association ("Hemlock Farms"), by its attorneys, Doran & Doran, PC to the Debtor's Second Amended Chapter 13 Plan is as follows:

1. Debtor First Amended Plan was confirmed on February 12, 2025.

2. Section 1B(2) of the First Amended Plan provided that the Debtors would complete sale of the real property at the earlier of June 30, 2025 or within 6 months of Plan Confirmation. The earlier of these dates was June 30, 2025.

3. The Plan further provided that if the property were not sold by that date specified, immediate relief from the automatic stay was granted to Hemlock Farms Civic (sic) Association and the Pike County Tax Claim Bureau, and sale by auction no later than August 31, 2025.

4. Section 1B(2) of the proposed Second Amended Plan indicates that the Debtors will sell the property by August 31, 2025 or within 6 months of Plan Confirmation whichever comes first. Based on this phrasing, the sale will have to occur by August 12, 2025. The Plan further provides that if not sold, immediate relief from the automatic stay would be granted to Hemlock Farms Civic (sic) Association and the Pike County Tax Claim Bureau and sale by auction will occur by August 31, 2025.

5. Under the terms of the confirmed First Amended Plan Hemlock Farms was already granted relief from the automatic stay effective June 30, 2025.

6. Hemlock Farms Objects to the reimposition of the automatic stay by the revised language in Section 1B(2) of the Second Amended Plan.

WHEREFORE, Hemlock Farms requests that the Debtors' Motion to Modify their Chapter 13 Plan be denied.

DORAN & DORAN, PC

BY: /s/ *Lisa M Doran*
    LISA M. DORAN, ESQUIRE
    Attorneys for Objector
     Hemlock Farms Community Association
    69 Public Square, Ste. 700
    Wilkes-Barre PA 18701
    570-823-9111 fax 570-829-32-22

Dated: July 31, 2025

In the United States Bankruptcy Court
for the Middle District of Pennsylvania

IN RE: :
:
**Anthony Falcone and Deborah Ruth** : Case No. 5:24-bk-02251-MJC
**Falcone aka Deborah R. Falcone aka Deborah** : Chapter 13
**Falcone,** :
:
        Debtor :

## Certification of Service

The undersigned, Lisa M Doran, hereby certifies that a true and correct copy of the foregoing Objections is served electronically through the ECF upon filing this 31st day of July, 2025 upon:

Vincent Rubino on behalf of Debtors
vrubino@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
TWecf@pamd13trustee.com


        /s/ Lisa M Doran
        Lisa M Doran